Neil B. Klein, CA Bar No. 142734
neilk@mckassonklein.com
Maria del Rocio Ashby, SBN 206282
mrashby@mckassonklein.com
McKASSON & KLEIN LLP
18401 Von Karman Ave., Suite 330
Irvine, CA 92612
Phone:  (949) 724-0200
Attorneys for Plaintiff Seacon Enterprise Pte Ltd.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| SECON ENTERPRISE PTE LTD., <br><br> Plaintiff, <br><br> vs. <br><br> ALBERTA NAVIGATION LTD., <br><br> Defendant, <br><br> and <br><br> COMMERZBANK AKTIENGESELLSCHAFT, <br><br> Garnishee | Case No. <br><br> IN ADMIRALTY, Fed. R. Civ. P. 9(h) <br><br> **VERIFIED COMPLAINT AND REQUEST FOR ISSUANCE OF SUPPLEMENTAL RULE B MARITIME ATACHMENT AND GARNISHMENT WRIT** |

  Seacon Enterprise Pte Ltd. ("Seacon") brings this action against Alberta Navigation Ltd. ("Alberta"), *quasi in rem,* pursuant to Supplemental Rule B for Certain Admiralty and Maritime Claims, requesting the issuance of writs of maritime attachment and garnishment, including against Garnishee, and states as follows:

## Jurisdiction and Venue

1. This is an action within this Court's admiralty jurisdiction pursuant to 28 U.S.C. §1333 and is an admiralty or maritime claim for breach a maritime contract, within Fed. R. Civ. P. 9(h). Seacon further brings this action pursuant to the Federal Arbitration Act, 9 U.S.C. §§1, 8 in that it involves a maritime transaction within the meaning of such Act, and seeks to obtain security for arbitration which Seacon has initiated against Alberta in London under a vessel charter party between Seacon and Alberta, as more fully detailed below.

2. Venue is proper in this District because the Garnishee is within the meaning of Supplemental Rule B located, can be found, and/or can be served with process in this District.

3. Venue is also proper in this District because Alberta's property is or soon will be in this District, namely bank accounts payable from Garnishee to Alberta, because Garnishee has operations and a resident agent in this District.

4. Alberta, as set out in the Verification in this Complaint cannot be found in this District within the meaning of Supplemental Rule B and Local Rule 510(d).

## The Parties

5. Seacon is a Singapore corporation.

6. Alberta is a Marshall Islands corporation and the disponent owner of the vessel M/V MARITIME PROSPERITY ("Vessel"), which Seacon chartered to Alberta.

7. Garnishee is an entity with an agent located in this District which, based on information and belief as detailed below, Seacon reasonably

believes Garnishee holds accounts (with funds) which are the property of and/or owing to Alberta.

**Facts**

8. Seacon chartered the Vessel to Alberta for a one-time trip from Indonesia to Bangladesh by charterparty dated August 1st 2023 (the "Charterparty").

9. The Charterparty is maritime contract which, among other things, sets out agreed hire and rates between Alberta and Seacon for Alberta's carriage of cargo aboard the Vessel, and provides for London maritime arbitration of any dispute between the parties.

10. Alberta paid the first charter hire payment, but failed to pay any further hire or other payments as required under the Charterparty, including the second hire payment due August 30th 2023.

11. Alberta also failed to pay the bunker provider for marine fuel ("bunkers"), for which Alberta had contracted to fuel the Vessel. To avoid arrest of the Vessel by the bunker provider, Seacon had to pay the bunker provider for the bunkers.

12. In accordance with the Charterparty, Seacon issued the following Hire Statement to Alberta:



**SEACON ENTERPRISE PTE LTD**
78 Shenton Way, #29-03, Singapore 079120

### Hire Statement 2ND

| Vessel: | MARITIME PROSPERITY | | | | Statement Date: | 7-Sep-23 |
| Charterers: | ALBERTA NAVIGATION LTD | | | | C/P Date: | 1-Aug-23 |

| No. | Particulars | | | | Credit (US$) | Debit (US$) |
|---|---|---|---|---|---|---|
| 1 | **On Hire** | | | | | |
| | Fm: | 2023/8/10 12:18 GMT | | | | |
| | To: | 2023/9/20 12:18 GMT | | | | |
| | 41.00000 | DAYS x USD | 9,000 | | | 369,000.00 |
| | Addcomm | | 3.75% | | 13,837.50 | |
| 2 | **Estimate Bunker Consumption for Whole Voyage** | | | | | |
| | 510.000 | MTS x USD | 620.00 | VLSFO | | 316,200.00 |
| | 5.000 | MTS x USD | 870.00 | LSMGO | | 4,350.00 |
| 3 | C/V/E | | 1,500 | P30PR | | 2,050.00 |
| | ILOHC | | | | | 16,500.00 |
| 4 | **Hire Received** | | | | | |
| | 1st | | | | 174,245.00 | |
| | **Sub Total** | | | | 188,082.50 | 708,100.00 |
| | **Due to Owners** | | | | 520,017.50 | |
| | **Grand Total** | | | | 708,100.00 | 708,100.00 |

13. Seacon has demanded that Alberta make payment to Seacon, as required under the Charterparty, however, Alberta has failed to pay Seacon. Seacon has commenced London maritime arbitration proceedings, pursuant to the Charterparty with Alberta.

### Specific Allegations - Garnishee

14. Alberta holds one or more bank accounts with Garnishee Commerzbank Aktiengesellschaft. As confirmed by the records of the State of California, Garnishee has an agent in this District appointed to receive service of process:

| COMMERZBANK AKTIENGESELLSCHAFT (4176936) | 07/25/2018 | Active | Stock Corporation - Out of State - Stock | Germany | CSC - LAWYERS INCORPORATING SERVICE |
|---|---|---|---|---|---|

Formed In         Germany
Entity Type       Stock Corporation - Out of State - Stock
Principal Address     Germany

KAISERPLATZ
FRANKFURT, HESSE 60261
Mailing Address 225 LIBERTY STREET
NEW YORK,NY10281
Statement of Info Due Date     07/31/2024
Agent   1505 Corporation
CSC - LAWYERS INCORPORATING SERVICE
CA Registered Corporate (1505) Agent Authorized Employee(s)    BECKY DEGEORGE
2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA

15. Based on information and belief, Seacon reasonably believes this Garnishee owes accounts and/or funds to Alberta.

## Count I

### Breach of Contract – Security for Arbitration

16. Seacon repeats and incorporates paragraphs 1 through 15, as though fully set out herein.

17. Alberta has breached its maritime contract with Seacon and caused Seacon damages. Seacon seeks security by way of funds and other property held by any Garnishee, as demanded below.

## Count II

### Maritime Attachment and Garnishment (Rule B)

18. Seacon repeats and incorporates paragraphs 1 through 17, as though fully set out herein.

19. Seacon seeks issue of process of maritime attachment so that it may obtain security for its claims in arbitration, including its contractual attorneys' fees and costs.

20. No security for Seacon's claims has been posted by Alberta or anyone acting on its behalf.

21. Alberta cannot be found within this District within the meaning of Rule B, but it is believed to have, or will have during the pendency of this action, property and/or assets in this jurisdiction because of the presence of

the Garnishee in this District, namely, accounts held by Garnishee for Alberta.

### Prayer for Relief

WHEREFORE, Seacon prays that:

A. In response to Count I, process of maritime attachment be issued to garnish and attach property of Alberta including, but not limited to, accounts payable owed or to be owed from any garnishee to Alberta in the amount of at least US$1,020,017.50 (US$520,017.50 for breach of Charterparty as detailed above, plus a further amount for accrued and accruing interest, costs and attorneys' and arbitrators' fees of at least US$500,000 in security of Seacon's claims asserted or to be asserted by Seacon against Alberta in the London Arbitration), and upon that total amount being garnished and attached, this action be stayed and the amount to await final award in the London arbitration and judgment entered on such award by this Court;

B. In response to Count II, since Alberta cannot be found within this District pursuant to Supplemental Rule B, this Court issue an Order directing the Clerk to issue Process of Maritime Attachment and Garnishment pursuant to Rule B attaching all of Alberta's tangible or intangible property or any other funds held by Garnishee, up to the amount of at least the amount demanded herein to secure Seacon's claims, and that all persons claiming any interest in the same be cited to appear and, pursuant to Supplemental Rule B, answer the matters alleged in this Verified Complaint;

C. As provided in Supplemental Rule B, such person over 18-years of age be appointed, as moved for herein pursuant to Supplemental Rule B and Fed. R. Civ. P. 4(c) to serve process of Maritime Attachment and Garnishment in this action; and

D. This Court award Seacon such other and further relief that this Court deems just and proper.

Date: September 28, 2023.

                                    Respectfully submitted,

                                      /s/ Neil B. Klein  
                                    Neil B. Klein  
                                    Maria del Rocio Ashby  
                                    McKasson & Klein LLP  
                                    Attorneys for Plaintiff Seacon

OF COUNSEL  
J. Stephen Simms  
Simms Showers LLP  
201 International Circle  
Baltimore, Maryland 21030  
443-290-8704  
jssims@simmsshowers.com

## VERIFICATION

I am a Principal of the law firm Simms Showers LLP, counsel for Seacon Enterprise Pte Ltd. ("Seacon").

The facts alleged in the foregoing Complaint are true and correct to the best of my knowledge and information, based upon the records of Seacon as made available to me by Seacon. Seacon's authorized officers are not readily available in this District to make verifications on Seacon's behalf and I am authorized to make this verification on Seacon's behalf.

I further certify that, pursuant to Supplemental Rule B and Local Rule 510(d), I caused a search to be made of electronic records and Directory Assistance for addresses and telephone numbers in this District.  I also caused a search in the corporate records of the State of California.  There is no record or no indication, that Defendant has of any general or resident agent authorized to accept service of process for Defendant in this District, and no indication that Defendant can be served in this District with the summons and complaint as provided in Fed. R. Civ. P. 4.

Pursuant to 28 U.S.C. §1746(1), I solemnly declare under penalty of perjury that the foregoing is true and correct.

Executed on September 28, 2023

/s/ J. Stephen Simms
J. Stephen Simms
Simms Showers LLP
201 International Circle
Baltimore, Maryland 21030
Tel:  443-290-8704
jssimms@simmsshowers.com