**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION**

| | |
|---|---|
| SEACON ENTERPRISE PTE LTD., <br><br> Plaintiff, <br><br> vs. <br><br> ALBERTA NAVIGATION LTD., <br><br> Defendant, <br><br> and <br><br> COMMERZBANK AKTIENGESELLSCHAFT, <br><br> Garnishee | Case No. 2:23-cv-02139-CKD <br><br> IN ADMIRALTY, Fed. R. Civ. P. 9(h) <br><br> **ORDER APPOINTING A SPECIAL PROCESS SERVER PURSUANT TO SUPPLEMENTAL RULE B** |

An application having been made by Plaintiff Seacon Enterprise Pte Ltd. ("Seacon") for an Order Appointing a Special Process Server, Pursuant to Rule 4(c)(3) of the Federal Rules of Civil Procedure, Rule B of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Local Rule 512(f), wherein Plaintiff requested the Court appoint a

member of the firm, or a third party service, who are over the age of 18 and not parties to this action, as a special process server, it is hereby:

ORDERED, that any agent and/or employee of this McKasson Klein, Seacon counsel, or their appointee who is over the age of 18 and not a party to this action, be and is hereby appointed, in addition to the United States Marshal, to serve the Process of Maritime Attachment and Garnishment and Verified Complaint upon garnishees in this action.

Dated: September 29, 2023

*[signature: Carolyn K. Delaney]*

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8
seco23cv2139.srv