# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| SEACON ENTERPRISE PTE LTD., | Case No. 2:23-cv-2139 CKD |
| Plaintiff, | IN ADMIRALTY, Fed. R. Civ. P. 9(h) |
| vs. | |
| ALBERTA NAVIGATION LTD., | **WRIT FOR MARITIME ATTACHMENT AND GARNISHMENT** |
| Defendant, | |
| and | |
| COMMERZBANK AKTIENGESELLSCHAFT, | |
| Garnishee | |

**TO GARNISHEE:** COMMERZBANK AKTIENGESELLSCHAFT

THE PRESIDENT OF THE UNITED STATES OF AMERICA

THE U.S. MARSHAL FOR THE EASTERN DISTRICT OF CALIFORNIA

GREETINGS:

WHEREAS, on September 28, 2023, Plaintiff filed a Verified Complaint against Defendant Alberta Navigation Ltd for reasons in said complaint mentioned for the sum of **USD $1,020,017.50** (herein, the "Garnishment Amount") as demanded for the breach of maritime contracts, and praying for process of maritime attachment and garnishment against the property of said Defendant; and

WHEREAS, this process is issued pursuant to such prayer and requires that Garnishee shall serve Garnishee's answer within twenty-one (21) days after service of process upon the Garnishee and requires that Defendant

shall serve its answer within thirty (30) days after process has been executed, whether by attachment of property or service on the Garnishee,

NOW, THEREFORE, you are hereby commanded that if the said Defendant cannot be found within the District, you attach goods, chattels, credits and effects located and to be found in this District belonging to Defendant, or in the hands of the Garnishee named, up to the Garnishment Amount and as further demanded in the Verified Complaint and how you shall have executed this process, make known to this Court with your certificate of execution thereof written.

WITNESS THE HONORABLE
Judge of said Court, in said District,
this 29th day of September, 2023.

KEITH HOLLAND, CLERK

BY:
Deputy Clerk

NOTE: This process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.