

# United States District Court
# Eastern District of California

| SEACON ENTERPRISE PTE LTD. | |
|---|---|
| Plaintiff(s) | Case Number: **2:23-cv-02139-CKD** |

V.

| ALBERTA NAVIGATION LTD., | APPLICATION FOR PRO HAC VICE |
|---|---|
| Defendant(s) | AND PROPOSED ORDER |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, J. Stephen Simms hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Seacon Enterprise Pte Ltd.

On  12/20/1985  (date), I was admitted to practice and presently in good standing in the Court of Appeals of Maryland (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have  ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 09/28/2023    Signature of Applicant: /s/ J. Stephen Simms

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | J. Stephen Simms |
| Law Firm Name: | Simms Showers LLP |
| Address: | 201 International Circle |
| City: | Baltimore    State: MD    Zip: 21030 |
| Phone Number w/Area Code: | (443) 290-8704 |
| City and State of Residence: | Hunt Valley, Maryland |
| Primary E-mail Address: | jssimms@simmsshowers.com |
| Secondary E-mail Address: | dmhnat@simmsshowers.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Neil B. Klein |
| Law Firm Name: | McKASSON & KLEIN LLP |
| Address: | 18401 Von Karman Ave., Suite 330 |
| City: | Irvine    State: CA    Zip: 92612 |
| Phone Number w/Area Code: | (949) 724-0200    Bar # 142734 |

/////

/////

**<u>ORDER</u>**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: September 29, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE